

**NUMBER 13-19-00404-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

TRACY ELIZABETH HUNT,                                                  Appellant,

v.

JASON BRIAN HUNT,                                                        Appellee.

---

**On Appeal from the 267th District Court
of Jackson County, Texas.**

---

# ORDER

**Before Justices Benavides, Longoria, and Perkes
Order Per Curiam**

On November 13, 2019, appellant, Tracy Elizabeth Hunt, filed a notice of bankruptcy in this appeal. According to the notice, appellant filed a bankruptcy petition on October 29, 2019 in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed this the
18th day of November, 2019.